John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MARIA BUCK<br>    Plaintiff,<br><br>   vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | Case No.6:23-cv-01705-JR<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the stipulation of the parties, it is hereby ORDERED that pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $6,115.50 shall be awarded to Plaintiff. If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala, Jr. Defendant shall mail the check to Plaintiff's attorney at: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401.

    There are no other costs or expenses to be paid herein.


Dated: 12/31/2024
                                                /s/ Jolie A. Russo
                                                 Jolie A. Russo
                                                 U.S. Magistrate Judge


Submitted by:
John E. Haapala
Attorney for Plaintiff


ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT